IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CRISTIAN RAMIREZ,

    Petitioner,

v.                                                                    4:13cv255-WS/CAS

STATE OF FLORIDA,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed May 3, 2013. See Doc. 3. The magistrate judge recommends that the petitioner's petition for writ of coram nobis be denied. The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 3) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of coram nobis is DENIED.

3. The clerk shall enter judgment stating: "The petitioner's petition for writ of coram nobis is denied."

DONE AND ORDERED this <u>  3rd  </u> day of <u>  June  </u>, 2013.


　　　　　　　　　　　　　　<u>s/ William Stafford                    </u>
　　　　　　　　　　　　　　WILLIAM STAFFORD
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE